■ LAURA BUTLER, Appellant, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents. [718 NYS2d 868] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Hutcherson, J.), dated March 24, 2000, which granted the defendants' motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The defendants submitted evidence in admissible form demonstrating prima facie that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d), and the plaintiff failed to come forward with competent evidence to raise an issue of fact (see, Scheer v Koubek, 70 NY2d 678; Smith v Askew, 264 AD2d 834; Carroll v Jennings, 264 AD2d 494; Kauderer v Penta, 261 AD2d 365; Lobo v Singh, 259 AD2d 523; Hausman v Gourville, 248 AD2d 674; Ryan v Xuda, 243 AD2d 457). Accordingly, the Supreme Court properly granted the defendants' motion for summary judgment. S. Miller, J. P., McGinity, Luciano and Smith, JJ., concur.

■ JAMES CAFFREY et al., Appellants, v MORSE DIESEL INTERNATIONAL, Respondent. [719 NYS2d 597] —In an action to recover damages for personal injuries, the plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Berke, J.), dated March 22, 2000, as, in denying the defendant's motion for summary judgment dismissing the plaintiffs' Labor Law § 241 (6) cause of action, determined that Industrial Code [12 NYCRR] § 23-1.7 (e) is not applicable to this action.

Ordered that the appeal is dismissed, with costs.

The plaintiffs appeal from certain statements contained in an order denying the defendant's motion for summary judgment dismissing the plaintiffs' Labor Law § 241(6) cause of action. Since the order denied the defendant's motion for summary judgment, the plaintiffs are not aggrieved, even though they disagree with the findings of the Supreme Court (see, Parochial Bus Sys. v Board of Educ., 60 NY2d 539, 544-545; Schadoff v Russ, 278 AD2d 222; Atlantic Hudson Realty v Rhodes, 271 AD2d 558). Ritter, J. P., Friedmann, H. Miller and Feuerstein, JJ., concur.